**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

US MARSHALS SERVICE N/
MAR 9 2018 15:54

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CAUSE NO.: 2:17-CR-47-PPS-JEM |
| ) | |
| ANTONIO WALTON, ) | |
| Defendant. ) | |

USMS# 07529-027

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO:  Warden                                United States Marshal
     Lake County Jail                      Northern District of Indiana
     Crown Point, Indiana                  Hammond, Indiana

GREETINGS:

This matter is before the Court on a Petition for Writ of Habeas Corpus Ad Prosequendum [DE 254], filed by the United States of America on March 9, 2018. The Court being advised that this cause has been set for an initial appearance on **March 16, 2018, at 11:30 a.m.** (Central Time) and that the defendant scheduled to appear, Antonio Walton, is in the lawful custody and control of the Warden of the Lake County Jail in Crown Point, Indiana, hereby **GRANTS** the Petition for Writ of Habeas Corpus Ad Prosequendum [DE 254].

It is **ORDERED** and **ADJUDGED** that the Warden, Lake County Jail, be required and is hereby commanded to surrender the body of Antonio Walton to the United States Marshal for the Northern District of Indiana, or any duly authorized deputy, or any authorized Marshal, for the purpose of producing the body of the defendant in the United States District Court for the Northern District of Indiana, Federal Building, 5400 Federal Plaza, Hammond, Indiana, on **March 16, 2018, at 11:30 a.m.** (Central Time), so that the defendant may be present for his initial hearing in the cause now pending against him in this Court, and hold the defendant until the entire case is concluded,

**RECEIVED**

Executed this writ by receiving custody on  3·15·18  of the within named  Antonio WALTON
                                            DATE

FROM  LAKE CO. JAIL  and transferring the within named to  USMS N/IN  Lake Co.

**RETURNED**

Executed this writ by returning custody on  3/15/2021  of the within named  WALTON
                                            DATE

FROM  USMS LAKE CO  and transferring the within named to  LAKE CO JAIL

United States Marshal

By _____
   Deputy

FOR USM
TODD NUKES

thereafter to be turned over by the United States Marshal for the Northern District of Indiana to the custody of those persons at that time thereto entitled, under safe and secure conduct and have you then and there this Writ.

SO ORDERED this 9th day of March, 2018.

s/ John E. Martin
MAGISTRATE JUDGE JOHN E. MARTIN
UNITED STATES DISTRICT COURT

cc: All counsel of record
U.S. Marshal

_____ custo_____ _____ of _____

_____ _____ within _____

_____ by reta_____ ___ody on _____ _____ of the within named _____
                              DATE

FROM _____ and transferring the within named to _____.

United States Marshal

By: _____
Deputy

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA**
I hereby certify the foregoing is a true copy of the original on the file in this court and cause.
ROBERT N. TRGOVICH, CLERK
By: _____
Date: 3/9/18

2