## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CAUSE NO.: 2:17-CR-47-PPS-JEM |
| ) | |
| ANTONIO WALTON, *et al.*, ) | |
| Defendants. ) | |

### ORDER

This matter is before the Court on a Motion to Withdraw Attorney Appearance [DE 1249], filed by the Government on March 29, 2022. Another attorney has entered an appearance on behalf of the Government.

Finding the motion well taken, the Court hereby **GRANTS** the Motion to Withdraw Attorney Appearance [DE 1249], and **ORDERS** that the appearance of Assistant United States Attorney Thomas Mahoney is hereby **WITHDRAWN** in this case.

So ORDERED this 30th day of March, 2022.

/s John E. Martin
MAGISTRATE JUDGE JOHN E. MARTIN
UNITED STATES DISTRICT COURT

cc:   All counsel of record